ROUNDS & PORTER LUMBER CO. v. THOMPSON, *Treasurer*.

No. 4320.   Opinion Filed May 18, 1915.

(149 Pac. 122.)

**FAILURE TO FILE BRIEF.** Syllabus the same as in No. 4314, **W. H. S. Brown v. J. P. Thompson, Treasurer, ante.**

*Error from District Court, Cherokee County;*

*John H. Pitchford, Judge.*

Action between the Rounds & Porter Lumber Company and J. P. Thompson, Treasurer. From the judgment, the Lumber Company brings error. Dismissed.

*J. I. Coursey,* for plaintiff in error.
*W. W. Hastings* and *Houston B. Teehee,* for defendant in error.

DEVEREUX, C.   This case presents the same facts as in No. 4314, 149 Pac. 122, above decided. We therefore recommend that the appeal herein be dismissed.

By the Court: It is so ordered.

Form No. 15